UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES ARCHANGEL | CIVIL ACTION NO. 3:19-CV-00826-SDD-EWD |
| VERSUS | JUDGE SHELLY D. DICK |
| SRAN TRUCKING, INC., UNITED FINANCIAL CASUALTY COMPANY, AND SINGH KARAMJEET | MAGISTRATE ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STATUS REPORT**

**A.     JURISDICTION**

This matter was originally filed in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana and removed by the defendants to this court alleging diversity of jurisdiction pursuant to 28 USC §1331.

**B.     BRIEF EXPLANATION OF THE CASE**

1.     Plaintiff Claims:

Plaintiff, James Archangel, claims that he was involved in a motor vehicle accident on July 16, 2017 wherein he was the owner and operator of a tractor-trailer that was struck in the rear by a tractor-trailer owned and operated Singh Karamjeet while he was in the course and scope of his employment with SRAN Trucking, Inc. Plaintiff claims that he suffered property damages and bodily injuries as a result of this accident.

2.     Intervenor's Claims:

Intervenors contend that as a result of the alleged accident and injuries sustained by the Plaintiff, Intervenors have paid a total of $129,319.28 to or on behalf of the Plaintiff in accordance with the Louisiana Workers' Compensation Act. Additionally, there is an outstanding medical bill

for Iberia Medical Center which may also be made part of this lien.  The Employer and Carrier are seeking reimbursement of benefits paid pursuant to the Louisiana Workers' Compensation Act in accordance with La R.S. 23:1101-1104.

    3.    Defendant Claims:

Defendant contends that the plaintiff sustained minor injuries, if any at all, and those that he did sustain were for only a limited duration.  Alternatively, defendant contends that the damages the plaintiff claims are not related to the accident in this matter.  Finally, defendant contends that the plaintiff has failed to mitigate his damages.

**C.    PENDING MOTIONS**

There are no pending motions.

**D.    ISSUES**

    1.    Plaintiffs:

Plaintiff anticipates that the parties dispute the nature, cause and extent of any claimed damages by Plaintiff.

    2.    Intervenor:

Intervenors adopt any issues listed by the Plaintiff.

    3.    Defendants

        a.    The nature, extent and causal relationship of plaintiff's complaints and medical treatment to the July 16, 2018 motor vehicle accident.

**E.    DAMAGES**

    1.    Plaintiff's calculation of damages:

Calculation of damages is premature at this point as plaintiff is still undergoing medical treatment and his damages are ongoing.  However, Plaintiff seeks reimbursement for all past,

present, and future special damages incurred as well as all past, present, and future general damages.

    2.    Intervenor's calculation of damages:

See Intervenor's Claims in Section B (2) above.

    3.    Defendant's calculation of offset and/or plaintiff's damages:

Not applicable at this time.

**F.    SERVICE**

Neither Singh Karamjeet nor Sran Trucking, Inc. have been served at this time.

**G.    DISCOVERY**

    1.    Initial Disclosures:

        a.    Have the initial disclosures required under FRCP 26(a)(1) been completed?

        ( X ) YES    ( ) NO

        b.    Does any party object to initial disclosures?

        ( ) YES    ( X ) NO

For any party who answered yes, please explain your reasons for objecting.

2.    Briefly Describe any discovery that has been completed or is in progress:

By plaintiff(s):

Plaintiff has responded to the *First Set of Requests for Admission*, the *Second Set of Requests for Admission*, *Interrogatories*, and *Requests for Production of Documents* propounded by United Financial Casualty Company.

By intervenor(s):

None.

By defendant(s):

{L0555106.1}

    The parties have exchanged written discovery. Defendant has requested certified medical records from plaintiff's known healthcare providers.

3. Please describe any protective orders or other limitations on discovery that may be required/sought during the course of discovery.

    At this time the parties do not anticipate that any protective orders or other limitations on discovery will be sought.

4. Discovery from experts:

    Identify the subject matter(s) as to which expert testimony will be offered:

    By Plaintiff:

    Plaintiff anticipates that he will introduce any of his treating physicians as medical experts.

Plaintiff may also introduce experts in the fields of economics and vocational rehabilitation.

    By Intervenor:

    Intervenors adopt any and all experts listed by or on behalf of Plaintiff.

    By Defendant:

    Defendant anticipates it may introduce testimony from experts in the field of biomechanics, orthopedic surgery, neurosurgery, pain management, vocational rehabilitation and economics.

### H. PROPOSED SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | Exchanging Initial Disclosures: | January 31, 2020 |
| 2. | Joinder of Parties and/or Amendment of Pleadings | March 2, 2020 |
| 3. | Filing of all discovery motions and completing all discovery except experts | June 1, 2020 |
| 4. | Disclosure of Expert Witnesses and resumes | |
| | Plaintiff: | June 15, 2020 |

{L0555106.1}

|   |   |   |
|---|---|---|
|   | Defendants: | July 15, 2020 |
| 5. | Exchange of Expert Reports: |   |
|   | Plaintiff: | August 17, 2020 |
|   | Defendants: | September 17, 2020 |
| 6. | Completion of discovery from experts: | November 30, 2020 |
| 7. | Filing dispositive motions and Daubert motions: | December 21, 2020 |
| 8. | All remaining deadlines; pretrial conference and trial date |   |

(Presiding Judge to provide dates)

## I. TRIAL

1. Has a demand for trial by jury been made?

   ( X ) YES        (   ) NO

2. Estimate the number of days that trial will require:

   The parties expect that the trial may take 4 days.

## J. OTHER MATTERS

Are there any specific problems the parties wish to address at the scheduling conference?

   (   ) YES        ( X ) NO

i. If the answer is yes, please explain:

ii. If the answer is no, do the parties want the court to cancel the scheduling conference and to enter a scheduling order based on the deadlines set out in this report? CHECK "NO" IF YOU HAVE NOT SUBMITTED JOINT PROPOSED DEADLINES.

   ( X ) YES        (   ) NO

## K. SETTLEMENT

Please set forth what efforts, if any, the parties have made to settle this case to date.

The parties have not discussed settlement at this time but intend to do so once discovery has progressed.

Do the parties wish to have a settlement conference?

( X )  YES        (   )  NO

If your answer is yes, at what stage of litigation would a settlement conference be most beneficial?

After exchange of expert reports.

**L.    CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

Do all parties agree to jurisdiction by a Magistrate Judge of this court:

(   )  YES        ( X )  NO

If your response was "yes" to the preceding question, all attorneys should sign the attached form to indicate your consent.

REPORT DATED: 1/16/2019

Respectfully submitted,

/s/ Ian A. Macdonald
IAN A. MACDONALD (#17664)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone (337) 593-7600
Facsimile (337) 593-7601
Email: imacdonald@joneswalker.com

Attorneys for United Financial Casualty Company

{L0555106.1}

**O'PRY LAW FIRM**


/s/ *Donovan J. O'Pry, II*
**DONOVAN J. O'PRY, II (#28178)**
**JOHN P. BARRON (#33719)**
2014 W. Pinhook Rd., Suite 507
Lafayette, Louisiana 70508
Phone: (337) 415-0007
Fax: (337) 504-7766
Email: donnie@oprylaw.com
Email: johnny@oprylaw.com
**ATTORNEYS FOR PETITIONER, JAMES ARCHANGEL**

and

**MONSON LAW FIRM, LLC**


/s/ *Christopher M. Landry*
**CHRISTOPHER M. LANDRY (#19666)**
**JOHN D. MINEO, IV (#36587)**
900 W. Causeway Approach, Suite A
Mandeville, LA 70471
Phone: (985) 778-0678
Fax: (985) 778-0682
Email: chris@monsonfirm.com
Email: john@monsonfirm.com
**ATTORNEYS FOR INTERVENORS, U.S. XPRESS, INC. AND GREAT WEST CASUALTY COMPANY**